PHILLIP A. TALBERT
United States Attorney
JUSTIN GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY ALEXANDER CISNEROS,<br><br>    Defendant. | CASE NO. 1:22-CR-00329-ADA-BAM<br><br>MOTION AND ORDER TO UNSEAL INDICTMENT |

The Indictment in this case, having been sealed by Order of the Court on December 15, 2022, and it appears that it no longer need remain secret,

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Justin Gilio, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: March 14, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ JUSTIN GILIO
JUSTIN GILIO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JERRY ALEXANDER CISNEROS,<br><br>               Defendant. | CASE NO. 1:22-CR-00329-ADA-BAM<br><br>ORDER TO UNSEAL INDICTMENT |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on December 15, 2022 be unsealed and become public record.

IT IS SO ORDERED.

Dated: __March 15, 2023__          /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE