PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22 CR 00329 ADA-BAM |
|---|---|
| Plaintiff, | APPLICATION FOR WRIT OF HABEAS CORPUS |
| v. | COURT: Hon. Barbara A. McAuliffe |
| JERRY ALEXANDER CISNEROS, | |
| Defendants. | |

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum       ☐ Ad Testificandum

Name of Detainee:    Jerry Cisneros

Detained at (custodian):    Southern Desert Correctional Center

　　　　Coalinga, California in Clark County, NV

Detainee is:

a.)    ☒ charged in this district by:        X Indictment  ☐ Information  ☐ Complaint

　　　　charging detainee with: _____Title 21 U.S.C. §§ 846, 841(a)(1) and 841(a)(1)

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:

    a.)    ☐ return to the custody of detaining facility upon termination of proceedings

    or    b.)    ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on April 5, 2023 at 2:00 p.m. in the Eastern District of California.

| | |
|---|---|
| Signature: | /s/ Justin J. Gilio |
| Printed Name & Phone No: | Justin J. Gilio |
| Attorney of Record for: | United States of America |

Dated: March 14, 2023

                                        PHILLIP A. TALBERT
                                        United States Attorney

                                  By:  /s/ JUSTIN J. GILIO
                                          JUSTIN J. GILIO
                                          Assistant United States Attorney

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum     ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***on April 5, 2023***, for an appearance at ***2:00 p.m*** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

IT IS SO ORDERED.

Dated:   **March 15, 2023**            /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | | ☒Male ☐Female | |
| Booking or CDC | 1261807 | DOB: | 5/19/1986 |
| Facility Address: | 20825 Cold Creek Rd, Las Vegas, NV 89166 | Race: | Hispanic |
| Facility Phone: | | FBI#: | |
| Currently Incarcerated For: | | | |

**RETURN OF SERVICE**
Executed on: _____         _____
                                          (signature)